# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| RACHEL LIEBER, individually, and on behalf of all others similarly situated, | Case No. 1:16-cv-02868-PAG |
| Plaintiffs, | Judge Patricia A. Gaughan |
| v. | |
| WELLS FARGO BANK, N.A., | MOTION OF DEFENDANT WELLS FARGO BANK, N.A. FOR LEAVE TO FILE MEMORANDUM IN OPPOSITION TO SECOND MOTION TO COMPEL UNDER SEAL |
| Defendant. | |

GRANTED. /s/ Patricia A. Gaughan 8/29/17

Pursuant to N.D. Ohio Loc. R. 5.2 and the Stipulated Protective Order (Dkt. 20), Defendant Wells Fargo Bank, N.A. ("Wells Fargo") moves the Court for an Order granting Wells Fargo leave to file, under seal, its Memorandum in Opposition to the Second Motion to Compel.

A Memorandum in Support is being filed with this Motion.

Respectfully submitted,

/s/Jessica E. Salisbury-Copper
Scott A. King, Trial Attorney (0037582)
Richard A. Freshwater (0080762)
Jessica E. Salisbury-Copper (0085038)
Thompson Hine LLP
10050 Innovation Drive, Suite 400
Miamisburg, Ohio 45342
Telephone: 937.443.6854
Facsimile: 937.443.6635
Scott.King@ThompsonHine.com
Jessica.Salisbury-Copper@ThompsonHine.com

*Counsel for Defendant Wells Fargo Bank, N.A.*