# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| RACHEL LIEBER, individually, and on behalf of all others similarly situated, | ) ) ) | CASE NO. 16-cv-02868-PAG |
| Plaintiff, | ) ) ) | Judge Patricia A. Gaughan |
| vs. | ) ) | **PLAINTIFF'S MOTION TO FILE PLAINTIFF'S RENEWED MOTION FOR CLASS CERTIFICATION UNDER SEAL** |
| WELLS FARGO BANK, NA, | ) ) ) | |
| Defendant. | ) | |

GRANTED.
/s/ Patricia A. Gaughan
10/3/17

NOW COMES Plaintiff Rachel Lieber ("Plaintiff"), by and through counsel, and for her *Motion to File Plaintiff's Renewed Motion for Class Certification Under Seal* ("Motion"), states as follows:

On March 22, 2017, the Court entered a Stipulated Protective Order ("Protective Order") governing the designation of documents, testimony, and information provided through discovery in the case as "Confidential." (Dkt. # 20).

On October 2, 2017, Plaintiff served upon counsel for Defendant her *Renewed Motion for Class Certification* ("Motion").

Plaintiff's Motion references documents and testimony designated by Defendant as "Confidential."

The Protective Order "does not authorize filing under seal," and therefore, Plaintiff requests leave to file her Second Motion to Compel and Supplement under seal. (Dkt. # 20, ¶ 3).