IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **RACHEL LIEBER**, individually, and on behalf of all others similarly situated, | ) ) ) | Case No. 1:16-cv-02868-PAG |
| Plaintiffs, | ) ) ) | **Judge Patricia A. Gaughan** |
| v. | ) ) ) | |
| **WELLS FARGO BANK, N.A.**, | ) ) ) | **MOTION OF DEFENDANT WELLS FARGO BANK, N.A. FOR LEAVE TO EXCEED PAGE LIMIT AND TO FILE MEMORANDUM IN OPPOSITION TO RENEWED MOTION FOR CLASS CERTIFICATION UNDER SEAL** |
| Defendant. | ) ) ) ) | |

GRANTED.
/s/ Patricia A. Gaughan
10/5/17

_____

Pursuant to N.D. Ohio Loc. R. 5.2 and the Stipulated Protective Order (Dkt. 20), Defendant Wells Fargo Bank, N.A. ("Wells Fargo") moves the Court for an Order granting Wells Fargo leave to file, under seal, its Memorandum in Opposition to the Renewed Motion for Class Certification ("Renewed Motion"). In addition, pursuant to N.D. Ohio Loc. R. 7.1, Wells Fargo also moves this Court for leave to file a memorandum in excess of 15 pages, and not to exceed 20 pages, in opposition to the Renewed Motion. A Memorandum in Support is attached.

Respectfully submitted,

/s/Jessica E. Salisbury-Copper
Scott A. King, Trial Attorney (0037582)
Richard A. Freshwater (0080762)
Jessica E. Salisbury-Copper (0085038)
Thompson Hine LLP
10050 Innovation Drive, Suite 400
Miamisburg, Ohio 45342
Telephone: 937.443.6854
Facsimile: 937.443.6635
Scott.King@ThompsonHine.com
Jessica.Salisbury-Copper@ThompsonHine.com

*Counsel for Defendant Wells Fargo Bank, N.A.*