Case: 1:16-cv-02868-PACE Doc #: 53 Filed: 10/18/17 1 of 6. PageID #: 4453

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:17-cv-06922-RBK-AMD

KENDALL v. EQUIFAX INFORMATION SERVICES, LLC

Assigned to: Judge Robert B. Kugler

Referred to: Magistrate Judge Ann Marie Donio

Cause: 15:1681 Fair Credit Reporting Act

Date Filed: 09/08/2017

Jury Demand: Plaintiff

Nature of Suit: 480 Consumer Credit

Jurisdiction: Federal Question

**Plaintiff**

**CHRISTOPHER JOHN KENDALL**
*individually and on behalf of those similarly situated*

represented by **JAVIER LUIS MERINO**
DANN & MERINO PC
ONE MEADOWLANDS PLAZA
SUITE 200
EAST RUTHERFORD, NJ 07073
201-355-3440
Email: jmerino@dannlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**MICHAEL FRANKLIN**

represented by **JAVIER LUIS MERINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**KAREN FRANKLIN**

represented by **JAVIER LUIS MERINO**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**EQUIFAX INFORMATION SERVICES, LLC**

represented by **JOANN NEEDLEMAN**
CLARK HILL PLC
ONE COMMERCE SQUARE
2005 MARKET STREET, SUITE 1000
PHILADELPHIA, PA 19103
215-640-8536
Fax: 215-640-8501
Email: jneedleman@clarkhill.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**SCOTT B GALLA**
CLARK HILL PC
ONE COMMERCE SQUARE
2005 MARKET STREET
SUITE 1000
PHILADELPHIA, PA 19103
215-640-8512
Email: sgalla@clarkhill.com

**Exhibit A**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/08/2017 | 1 | COMPLAINT against EQUIFAX INFORMATION SERVICES, LLC, ( Filing and Admin fee $ 400 receipt number 0312-8078144) with JURY DEMAND, filed by Christopher J Kendall. (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(MERINO, JAVIER) (Entered: 09/08/2017) |
| 09/08/2017 | | Judge Robert B. Kugler and Magistrate Judge Ann Marie Donio added. (dd, ) (Entered: 09/12/2017) |
| 09/11/2017 | 2 | Application for Refund of Fees from Javier L. Merino, Esq. re 1 Complaint (finance notified).. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(MERINO, JAVIER) (Entered: 09/11/2017) |
| 09/12/2017 | 3 | SUMMONS ISSUED as to EQUIFAX INFORMATION SERVICES, LLC Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. Issued By *Ryan Sanders* (rss, ) (Entered: 09/12/2017) |
| 09/12/2017 | | CLERK'S QUALITY CONTROL MESSAGE - The case you electronically filed has been processed, however, the following deficiencies were found: Party Information, . The Clerk's Office has made the appropriate changes. Please refer to the Attorney Case Opening Guide for processing electronically filed cases. (rss, ) (Entered: 09/12/2017) |
| 09/13/2017 | 4 | Order to Refund Fees (Finance notified). Signed by Chief Deputy Theresa L Burnett on 9/12/17. (rm, ) (Entered: 09/13/2017) |
| 09/28/2017 | 5 | AMENDED COMPLAINT against EQUIFAX INFORMATION SERVICES, LLC, filed by CHRISTOPHER JOHN KENDALL, MICHAEL FRANKLIN, KAREN FRANKLIN. (MERINO, JAVIER) (Entered: 09/28/2017) |
| 09/28/2017 | 6 | MOTION for Temporary Restraining Order by KAREN FRANKLIN, MICHAEL FRANKLIN, CHRISTOPHER JOHN KENDALL. (Attachments: # 1 Affidavit, # 2 Certificate of Service)(MERINO, JAVIER) (Entered: 09/28/2017) |
| 09/29/2017 | | Set/Reset Deadlines as to 6 MOTION for Temporary Restraining Order . Motion set for 11/6/2017 before Judge Robert B. Kugler. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (tf, ) (Entered: 09/29/2017) |
| 10/03/2017 | 7 | NOTICE of Appearance by JOANN NEEDLEMAN on behalf of EQUIFAX INFORMATION SERVICES, LLC (NEEDLEMAN, JOANN) (Entered: 10/03/2017) |
| 10/03/2017 | 8 | Corporate Disclosure Statement by EQUIFAX INFORMATION SERVICES, LLC identifying Equifax Inc as Corporate Parent.. (NEEDLEMAN, JOANN) (Entered: 10/03/2017) |
| 10/03/2017 | 9 | MOTION to Stay re 6 MOTION for Temporary Restraining Order , 5 Amended Complaint *or alternatively an extension of time to respond to complaint and pending motions* by EQUIFAX INFORMATION SERVICES, LLC. (Attachments: # 1 Text of Proposed Order) (NEEDLEMAN, JOANN) (Entered: 10/03/2017) |
| 10/03/2017 | 10 | NOTICE by EQUIFAX INFORMATION SERVICES, LLC re 9 MOTION to Stay re 6 MOTION for Temporary Restraining Order , 5 Amended Complaint *or alternatively an* |

| | | |
|---|---|---|
| | | *extension of time to respond to complaint and pending motions* (NEEDLEMAN, JOANN) (Entered: 10/03/2017) |
| 10/04/2017 | | Set/Reset Deadlines as to 9 MOTION to Stay re 6 MOTION for Temporary Restraining Order , 5 Amended Complaint *or alternatively an extension of time to respond to complaint and pending motions*. Motion set for 11/6/2017 before Magistrate Judge Ann Marie Donio. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (tf, ) (Entered: 10/04/2017) |
| 10/06/2017 | 11 | MEMORANDUM in Opposition filed by KAREN FRANKLIN, MICHAEL FRANKLIN, CHRISTOPHER JOHN KENDALL re 9 MOTION to Stay re 6 MOTION for Temporary Restraining Order , 5 Amended Complaint *or alternatively an extension of time to respond to complaint and pending motions* (MERINO, JAVIER) (Entered: 10/06/2017) |
| 10/11/2017 | 12 | TEXT ORDER Setting Hearing on 6 MOTION for Temporary Restraining Order : Motion hearing set for 10/16/2017 at 02:00 PM in Camden - Courtroom 4D before Judge Robert B. Kugler. SO ORDERED by Judge Robert B. Kugler on 10/11/2017. (lm) (Entered: 10/11/2017) |
| 10/11/2017 | 13 | MOTION for Leave to Appear Pro Hac Vice *of Marc E. Dann* by KAREN FRANKLIN, MICHAEL FRANKLIN, CHRISTOPHER JOHN KENDALL. (Attachments: # 1 Certification Certification of Javier L. Merino, # 2 Motion of Marc E. Dann for PHV Admission, # 3 Verified Application of Marc E. Dann for PHV Admission, # 4 Text of Proposed Order Proposed Order Granting Application of Marc E. Dann for PHV Admission)(MERINO, JAVIER) (Entered: 10/11/2017) |
| 10/11/2017 | | CLERK'S QUALITY CONTROL MESSAGE - The Verified Application of Marc E. Dann for PHV Admission #13-3 submitted by Javier Merino on 10/11/2017 contains an improper signature. Only the filing user is permitted to sign electronically filed documents with an s/. PLEASE RESUBMIT THE Verified Application of Marc E. Dann only WITH A SCANNED SIGNATURE. This submission will remain on the docket unless otherwise ordered by the court. (tf, ) (Entered: 10/11/2017) |
| 10/11/2017 | | Set/Reset Deadlines as to 13 MOTION for Leave to Appear Pro Hac Vice *of Marc E. Dann*. Motion set for 11/6/2017 before Magistrate Judge Ann Marie Donio. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (tf, ) (Entered: 10/11/2017) |
| 10/11/2017 | 14 | TEXT ORDER: The Court is in receipt of Plaintiffs' motion for the pro hac vice admission of Marc E. Dann, Esq. [D.I. 13]. In light of the hearing date of 10/16/2017 before the District Judge, defense counsel shall advise the Court if there is any objection to the motion by no later than 12:00 Noon on Friday, 10/13/2017. SO ORDERED by Magistrate Judge Ann Marie Donio on 10/11/2017. (slc) (Entered: 10/11/2017) |
| 10/11/2017 | 15 | AMENDED DOCUMENT by KAREN FRANKLIN, MICHAEL FRANKLIN, CHRISTOPHER JOHN KENDALL. Amendment to 13 MOTION for Leave to Appear Pro Hac Vice *of Marc E. Dann*, QC - Electronic signature does not match e-filer, . (MERINO, JAVIER) (Entered: 10/11/2017) |
| 10/11/2017 | 16 | Letter from Defendant Information Services, LLC re 12 Order Setting Hearing on Motion. (NEEDLEMAN, JOANN) (Entered: 10/11/2017) |
| 10/12/2017 | 17 | MOTION for Leave to Appear Pro Hac Vice *of Matthew I. Knepper* by KAREN FRANKLIN, MICHAEL FRANKLIN, CHRISTOPHER JOHN KENDALL. |

| | | |
|---|---|---|
| | | (Attachments: # 1 Certification Certification in Support, # 2 Motion for PHV Admission of Matthew I. Knepper, # 3 Verified Application for PHV Admission of Matthew I. Knepper, # 4 Text of Proposed Order Proposed Order)(MERINO, JAVIER) (Entered: 10/12/2017) |
| 10/12/2017 | 18 | TEXT ORDER: The Court is in receipt of Plaintiffs' motion for the pro hac vice admission of Matthew I. Knepper, Esq. [D.I. 17]. In light of the upcoming hearing date before the District Judge, defense counsel shall advise the Court if there is any objection to the motion by no later than 12:00 Noon on Friday, 10/13/2017. SO ORDERED by Magistrate Judge Ann Marie Donio on 10/12/2017. (slc) (Entered: 10/12/2017) |
| 10/12/2017 | | Set/Reset Deadlines as to 17 MOTION for Leave to Appear Pro Hac Vice *of Matthew I. Knepper*. Motion set for 11/6/2017 before Magistrate Judge Ann Marie Donio. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (tf, ) (Entered: 10/12/2017) |
| 10/12/2017 | 19 | NOTICE by EQUIFAX INFORMATION SERVICES, LLC *Motion for PHV Admission of David L. Balser* (Attachments: # 1 Motion for PHV Admission of David L. Balser, # 2 Certification David L. Balser, # 3 Certification Joann Needleman, # 4 Text of Proposed Order, # 5 Certificate of Service)(NEEDLEMAN, JOANN) (Entered: 10/12/2017) |
| 10/12/2017 | 20 | TEXT ORDER: The Court is in receipt of Defendant's motion for the pro hac vice admission of David L. Balser, Esq. [D.I. 19]. In light of the upcoming hearing date before the District Judge, Plaintiffs' counsel shall advise the Court if there is any objection to the motion by no later than 12:00 Noon on Friday, 10/13/2017. SO ORDERED by Magistrate Judge Ann Marie Donio on 10/12/2017. (slc) (Entered: 10/12/2017) |
| 10/12/2017 | 21 | RESPONSE in Opposition filed by KAREN FRANKLIN, MICHAEL FRANKLIN, CHRISTOPHER JOHN KENDALL re 9 MOTION to Stay re 6 MOTION for Temporary Restraining Order , 5 Amended Complaint *or alternatively an extension of time to respond to complaint and pending motions* (Attachments: # 1 Exhibit A - Email)(MERINO, JAVIER) (Entered: 10/12/2017) |
| 10/12/2017 | 22 | RESPONSE re 16 Letter. (Attachments: # 1 Exhibit A)(MERINO, JAVIER) (Entered: 10/12/2017) |
| 10/12/2017 | | CLERK'S QUALITY CONTROL MESSAGE - The Motion for Pro Hac Vice # 19 filed by J. Needleman on 10/12/2017 was submitted incorrectly as a Notice. PLEASE RESUBMIT THE Motion USING *Motion to Appear Pro Hac Vice*. This submission will remain on the docket unless otherwise ordered by the court. (tf, ) (Entered: 10/12/2017) |
| 10/12/2017 | 23 | MOTION for Leave to Appear Pro Hac Vice *of David L. Balser* by EQUIFAX INFORMATION SERVICES, LLC. (Attachments: # 1 Certification David L. Balser, # 2 Certification Joann Needleman, # 3 Text of Proposed Order, # 4 Notice of Motion, # 5 Certificate of Service)(NEEDLEMAN, JOANN) (Entered: 10/12/2017) |
| 10/12/2017 | | Set/Reset Deadlines as to 23 MOTION for Leave to Appear Pro Hac Vice *of David L. Balser*. Motion set for 11/6/2017 before Magistrate Judge Ann Marie Donio. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (tf, ) (Entered: 10/12/2017) |
| 10/12/2017 | 24 | NOTICE of Appearance by SCOTT B GALLA on behalf of EQUIFAX INFORMATION SERVICES, LLC (GALLA, SCOTT) (Entered: 10/12/2017) |

| 10/12/2017 | 25 | TEXT ORDER resetting Hearing on 6 MOTION for Temporary Restraining Order : Motion hearing reset for 10/19/2017 at 10:00 AM in Camden - Courtroom 4D before Judge Robert B. Kugler. SO ORDERED by Judge Robert B. Kugler on 10/12/2017. (lm) (Entered: 10/12/2017) |
|---|---|---|
| 10/13/2017 | 26 | REPLY BRIEF to Opposition to Motion filed by EQUIFAX INFORMATION SERVICES, LLC re 9 MOTION to Stay re 6 MOTION for Temporary Restraining Order , 5 Amended Complaint *or alternatively an extension of time to respond to complaint and pending motions* (Attachments: # 1 Exhibit A)(NEEDLEMAN, JOANN) (Entered: 10/13/2017) |
| 10/16/2017 | 27 | Letter from Counsel for Equifax, advising court that parties have no objections to pro hac vice motions filed. re 17 MOTION for Leave to Appear Pro Hac Vice *of Matthew I. Knepper*, 23 MOTION for Leave to Appear Pro Hac Vice *of David L. Balser*, 13 MOTION for Leave to Appear Pro Hac Vice *of Marc E. Dann*. (NEEDLEMAN, JOANN) (Entered: 10/16/2017) |
| 10/16/2017 | 28 | Exhibit to 26 Reply Brief to Opposition to Motion, by EQUIFAX INFORMATION SERVICES, LLC. (NEEDLEMAN, JOANN) (Entered: 10/16/2017) |
| 10/16/2017 | 29 | MOTION for Leave to Appear Pro Hac Vice *(Unopposed)* by EQUIFAX INFORMATION SERVICES, LLC. (Attachments: # 1 Text of Proposed Order, # 2 Certification John C. Toro, # 3 Certification Joann Needleman)(NEEDLEMAN, JOANN) (Entered: 10/16/2017) |
| 10/16/2017 | 30 | NOTICE by EQUIFAX INFORMATION SERVICES, LLC re 29 MOTION for Leave to Appear Pro Hac Vice *(Unopposed)* (NEEDLEMAN, JOANN) (Entered: 10/16/2017) |
| 10/16/2017 | 31 | MOTION for Leave to Appear Pro Hac Vice *for Sidney Steward Haskins, II, Esq. (Unopposed)* by EQUIFAX INFORMATION SERVICES, LLC. (Attachments: # 1 Text of Proposed Order, # 2 Certification Sidney Stewart Haskins, II, # 3 Certification Joann Needleman)(NEEDLEMAN, JOANN) (Entered: 10/16/2017) |
| 10/16/2017 | 32 | NOTICE by EQUIFAX INFORMATION SERVICES, LLC re 31 MOTION for Leave to Appear Pro Hac Vice *for Sidney Steward Haskins, II, Esq. (Unopposed)* (NEEDLEMAN, JOANN) (Entered: 10/16/2017) |
| 10/17/2017 | | Set/Reset Deadlines as to 29 MOTION for Leave to Appear Pro Hac Vice *(Unopposed)*, 31 MOTION for Leave to Appear Pro Hac Vice *for Sidney Steward Haskins, II, Esq. (Unopposed)*. Motion set for 11/20/2017 before Magistrate Judge Ann Marie Donio. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (tf, ) (Entered: 10/17/2017) |
| 10/17/2017 | 33 | ORDER granting 13 Motion for Leave to Appear Pro Hac Vice as to Marc E. Dann; shall pay the sum of $150.00 to the Clerk of the United States District Court. Signed by Magistrate Judge Ann Marie Donio on 10/17/2017. (tf, ) (Entered: 10/17/2017) |
| 10/17/2017 | 34 | ORDER granting 17 Motion for Leave to Appear Pro Hac Vice as to Matthew I. Knepper; shall pay the sum of $150.00 to the Clerk of the United States District Court. Signed by Magistrate Judge Ann Marie Donio on 10/17/2017. (tf, ) (Entered: 10/17/2017) |
| 10/17/2017 | 35 | ORDER granting 23 Motion for Leave to Appear Pro Hac Vice as to David L. Balser, Esquire; shall make a payment of $150.00 to the Clerk of the United States District Court. Signed by Magistrate Judge Ann Marie Donio on 10/17/2017. (tf, ) (Entered: 10/17/2017) |
| 10/17/2017 | 36 | ORDER granting 29 Motion for Leave to Appear Pro Hac Vice as to John C. Toro, Esquire; shall make a payment of $150.00 to the Clerk of the United States District Court. Signed by Magistrate Judge Ann Marie Donio on 10/17/2017. (tf, ) (Entered: 10/17/2017) |

Case: 1:16-cv-02868-PAG Doc #: 53 Filed: 10/18/17 6 of 6. PageID #: 4458

| 10/17/2017 | 37 | ORDER granting 31 Motion for Leave to Appear Pro Hac Vice as to Sidney Stewart Haskins, II, Esquire; shall make a payment of $150.00 to the Clerk of the United States District Court. Signed by Magistrate Judge Ann Marie Donio on 10/17/2017. (tf, ) (Entered: 10/17/2017) |
| --- | --- | --- |
| 10/17/2017 | 38 | RESPONSE in Opposition filed by EQUIFAX INFORMATION SERVICES, LLC re 6 MOTION for Temporary Restraining Order (Attachments: # 1 Declaration Drew Rosedale, # 2 Exhibit 1 - Order from N. D. Georgia)(NEEDLEMAN, JOANN) (Entered: 10/17/2017) |
| 10/17/2017 | 39 | Notice of Request by Pro Hac Vice Marc E. Dann to receive Notices of Electronic Filings. ( Pro Hac Vice fee $ 150 receipt number 0312-8164954.) (MERINO, JAVIER) (Entered: 10/17/2017) |
| 10/17/2017 | | Pro Hac Vice counsel, MARC E. DANN, has been added to receive Notices of Electronic Filing. Pursuant to L.Civ.R. 101.1, only local counsel are entitled to sign and file papers, enter appearances and receive payments on judgments, decrees or orders. (tf, ) (Entered: 10/17/2017) |

| **PACER Service Center** | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 10/18/2017 13:09:24 | | |
| **PACER Login:** | tzimmerman77:2906059:0 | **Client Code:** Wells Fargo |
| **Description:** Docket Report | | **Search Criteria:** 1:17-cv-06922-RBK-AMD Start date: 1/1/1970 End date: 10/18/2017 |
| **Billable Pages:** 5 | | **Cost:** 0.50 |