## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

At Wood Properties LLC

v.

Mark Ink Graphics INC., et al.

No. 17 L ~~05095~~ 050795

### ORDER

This matter coming to be heard on Plantiff's Notice of Replevin Hearing, all parties having received notice, the Court being duly advised in the premises, IT IS ORDERED:

1) ~~This matter~~ The hearing for replevin is entered and continued to October 20, 2017 at 9:30am in Room 2607.
2) Defendants' Motion to Continue is granted,
3) Defendants' Motion to Dismiss is entered and continued also to October 20, 2017 at 9:30am in Room 2607.

Attorney No.: 41704
Name: JX/BWMS
Atty. for: Π
Address: 330 N Wabash Ave Ste 2100
City/State/Zip: Chicago IL 60611
Telephone: 312 840 7000

ENTERED:

Dated: Judge Daniel J. Kubasiak
OCT 03 2017
Circuit Court - 2173

Judge _____ Judge's No.

DOROTHY BROWN, CLERK OF THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

**Exhibit B**