STATE OF ILLINOIS
DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION
DIVISION OF PROFESSIONAL REGULATION

DEPARTMENT OF FINANCIAL AND PROFESSIONAL )
REGULATION, DIVISION OF PROFESSIONAL REGULATION )
of the State of Illinois,     Complainant )
v. ) No. 2016-8226
HIGHLAND PARK CVS LLC DBA CVS/PHARMACY 7255, )
License No. 054.016026, )
TEJAS PRAVINCHANDRA PATEL, )
License No. 051.292380,     Respondents. )

### NOTICE OF INFORMAL DISCIPLINARY CONFERENCE

HIGHLAND PARK CVS LLC
DBA CVS/PHARMACY 7255
TEJAS P PATEL
680 S SUTTON RD
STREAMWOOD, IL 60107

PLEASE TAKE NOTICE that an Informal Disciplinary Conference in this matter will be held on **October 19, 2017 at 1:00 PM** at the Department of Financial and Professional Regulation, 100 W. Randolph, Suite 9-100 Chicago, Illinois 60601, where you may offer information and speak on your own behalf about the allegations currently under investigation as set forth below.

**Please email me at Brandon.thom@illinois.gov or call at (312)814-1693 to confirm that you will attend by October 1, 2017.** Please bring any and all documents relevant to this matter which you have in your possession. Kindly cooperate by your prompt attendance. Bring a valid photo ID with you to present at security. Failure to attend or confirm will be considered in any decision concerning the filing of a formal complaint which may be brought by this Department on the matter in question.

You may have an attorney present if you wish. If you have any questions about the Department's proceedings, please call at the number below.

### BRIEF STATEMENT OF ALLEGED VIOLATIONS:

- On October 12, 2016, Respondent Pharmacy, Respondent Pharmacist-In-Charge Tejas Patel, and Pharmacy Technician Colin Foernssler, incorrectly filled a prescription for Hydrocortisone 5mg tablets.
- On November 22, 2016, it was discovered by the patient that her prescription vial contained Hydrocortisone 5mg and Amlodipine 5mg and that the tablets were intermixed in the same vial.

1

**Exhibit C**

DEPARTMENT OF FINANCIAL AND
PROFESSIONAL REGULATION
of the State of Illinois

By: _____
Brandon R. Thom

Brandon R. Thom
Enforcement Attorney, Health-Related Prosecutions
IDFPR-Division of Professional Regulation
100 West Randolph Street, Suite 9-100
Chicago, Illinois 60601
312-814-1693