**STATE OF ILLINOIS**
**DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION**
**DIVISION OF PROFESSIONAL REGULATION**

| | |
|---|---|
| DEPARTMENT OF FINANCIAL AND PROFESSIONAL REGULATION of the State of Illinois, ) ) ) ) | |
| Complainant, ) | No. 2016-8226 |
| ) | |
| v. ) | |
| ) | |
| HIGHLAND PARK CVS LLC DBA CVS/PHARMACY 7255 License No. 054.016026 TEJAS PRAVINCHANDRA PATEL, License No. 051.292380, ) ) ) ) ) ) | |
| Respondents. ) | |

**APPEARANCE OF COUNSEL FOR RESPONDENT**
**TEJAS PRAVINCHANDRA PATEL**

The law firm of ZIMMERMAN LAW OFFICES, P.C. enters its appearance as attorney on behalf of Respondent TEJAS PRAVINCHANDRA PATEL.

Respondent TEJAS PRAVINCHANDRA PATEL,

By: _____
Thomas A. Zimmerman, Jr.
*tom@attorneyzim.com*
Matthew C. De Re
*matt@attorneyzim.com*
ZIMMERMAN LAW OFFICES, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602
Tel: (312) 440-0020
Fax: (312) 440-4180

Counsel for Respondent

**Exhibit D**